# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

DYLAN FRACASSE,

    Plaintiff,

v.                              Case No: 5:17-cv-273-Oc-40PRL

AMERIGAS PROPANE, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 41) filed on December 11, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 12, 2017 (Doc. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** the Settlement Agreement (41-1) to be a fair and reasonable compromise of Plaintiff's FLSA claim.

3. The Joint Motion for Approval of Settlement Agreement (Doc. 41) is **GRANTED**.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 2, 2018.

*Paul G. Byron*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties